**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  26-cv-80097-EA**

**Karnesha V. Harris-Nantz**,

     Plaintiff,

v.

**The United States Government, et al.**,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report"). [ECF No. 9]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 9]** is **AFFIRMED**.

2. The case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders, as set forth in ECF No. 5 and ECF No. 9.

3. All deadlines are **TERMINATED** and the clerk of court is instructed to **CLOSE THIS CASE**.

     **DONE AND ORDERED** in chambers in West Palm Beach, Florida, this 4th day of August 2026.



_____
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Karnesha V. Harris-Nantz**
26 Wintergreen Way
Orlando, FL 32835
Email: nkarnesha@gmail.com